# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2024-1188
_____

GREGORY A BALLARD,

   Appellant,

   v.

MARTI HUDSON,

   Appellee.

_____

On appeal from the County Court for Taylor County.
Bill Blue, Judge.


April 23, 2025

PER CURIAM.

   DISMISSED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.
_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***
_____


Christopher Hixson of Hixson Law Group, Clearwater, for
Appellant.

George T. Reeves of Davis, Schnitker, Reeves & Browning, P.A., Madison, for Appellee.